No. 503, Misc. NIELSEN *v.* NEBRASKA EX REL. NEBRASKA STATE BAR ASSOCIATION, *ante,* p. 154;

No. 516, Misc. HENRY *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, *ante,* p. 993;

No. 552, Misc. FAIR *v.* DEKLE, SUPERVISOR OF ELECTIONS, *ante,* p. 994;

No. 555, Misc. NOLAND *v.* UNITED STATES, *ante,* p. 945;

No. 613, Misc. HOLLAND *v.* PENNSYLVANIA, *ante,* p. 994;

No. 630, Misc. SIMPSON *v.* UNITED STATES, *ante,* p. 1008;

No. 660, Misc. FEIST *v.* CALIFORNIA ET AL., *ante,* p. 1009; and

No. 688, Misc. GARZA *v.* CALIFORNIA, *ante,* p. 1024. Petitions for rehearing denied.

No. 194. LOCAL UNION No. 12, UNITED RUBBER, CORK, LINOLEUM & PLASTIC WORKERS OF AMERICA, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL., *ante,* p. 837; and

No. 659. EAGAR ET AL. *v.* MAGMA COPPER CO., *ante,* p. 323. Petitions for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions.

No. 523. HACKIN *v.* ARIZONA ET AL., *ante,* p. 143. Motion to dispense with printing petition for rehearing granted. Petition for rehearing denied.

No. 614. R. A. HOLMAN & CO., INC., ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION, *ante,* p. 991. Petition for rehearing denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition.